Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−26658−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Ogunjoke Idowu                          Clement G Talabi
   15 Coronet Terrace                     15 Coronet Terrace
   Burlington, NJ 08016                 Burlington, NJ 08016

Social Security No.:
   xxx−xx−8382                              xxx−xx−0038

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION
## OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

    Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: November 5, 2018
JAN: admi

                                                                                      Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Ogunjoke Idowu
Clement G Talabi
     Debtors

Case No. 18-26658-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Nov 05, 2018
                  Form ID: finmgtc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.
db/jdb        +Ogunjoke Idowu,   Clement G Talabi,   15 Coronet Terrace,   Burlington, NJ 08016-4290

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2018 00:15:09     U.S. Attorney,   970 Broad St.,
          Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2018 00:15:07     United States Trustee,
          Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
          Newark, NJ 07102-5235
                                                                                                                                                                   TOTAL: 2

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    AmeriHome Mortgage Company, LLC bkecf@milsteadlaw.com,
              alubin@milsteadlaw.com
              Georgette   Miller    on behalf of Debtor Ogunjoke  Idowu info@georgettemillerlaw.com,
              jjustin@georgettemillerlaw.com;georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georget
              temillerlaw.com;smithcr50524@notify.bestcase.com;cholmes@georgettemillerlaw.com
              Georgette   Miller    on behalf of Joint Debtor Clement G Talabi info@georgettemillerlaw.com,
              jjustin@georgettemillerlaw.com;georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georget
              temillerlaw.com;smithcr50524@notify.bestcase.com;cholmes@georgettemillerlaw.com
              John K. Justin    on behalf of Debtor Ogunjoke  Idowu jkjustin@aol.com,
              justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com
              John K. Justin    on behalf of Joint Debtor Clement G Talabi jkjustin@aol.com,
              justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor    Daimler Trust ecfmail@mortoncraig.com,
              mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Daimler Trust c/o BK Servicing, LLC
              ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                              TOTAL: 10