Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−26658−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ogunjoke Idowu
15 Coronet Terrace
Burlington, NJ 08016

Clement G Talabi
15 Coronet Terrace
Burlington, NJ 08016

Social Security No.:
xxx−xx−8382

xxx−xx−0038

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: March 16, 2021            Christine M. Gravelle
                                 Judge, United States Bankruptcy Court